UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LOUIS BRANDY STREDIC, ) | |
| ) | |
| Peitioner, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:05-CV-1632-G |
| DOUGLAS DRETKE, Director, Texas ) | |
| Department of Criminal Justice, ) | |
| Correctional Institutions Division, ) | |
| ) | |
| Respondent. ) | |

## OPINION AND ORDER

After making an independent review of the pleadings, files and records in this case, and the findings, conclusions, and recommendation of the United States Magistrate Judge, I am of the opinion that the findings and conclusions of the Magistrate Judge are correct and they are adopted as the findings and conclusions of the court.

It is, therefore, **ORDERED** that the findings, conclusions, and recommendation of the United States Magistrate Judge are **ADOPTED**.

December 7, 2005.

A. JOE FISH
CHIEF JUDGE